IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE
August 15, 2013 Session


IN RE: TYLER M. G., JOSHUA E. G. and ALEXIS E. G.


Appeal from the Juvenile Court for Anderson County
Nos. J27827, J27828, J27829     Brandon K. Fisher, Judge

---

No. E2013-01376-COA-R3-PT - FILED-AUGUST 15, 2013

---


This appeal is from an order of the trial court denying a petition to terminate the parental rights of the appellant, Willie G., to his three minor children.  Because the judgment of the trial court is not adverse to the appellant, we lack jurisdiction to entertain this appeal.


**Tenn. R. App. P. 3 Appeal as of Right; Appeal Dismissed**


THOMAS R. FRIERSON, II, J., CHARLES D. SUSANO, JR., P.J., AND D. MICHAEL SWINEY, J.

Yarboro Ann Sallee, Knoxville, Tennessee, for the appellant, Willie G.

Robert E. Cooper, Jr., Attorney General and Reporter, and Ryan Leslie McGehee, Assistant Attorney General, General Civil Division, Nashville, Tennessee, for the appellee, Tennessee Department of Children's Services.

Linda Rosillo Mulligan, Harriman, Tennessee, Attorney Ad Litem for the minor children.

Daniel Logue Ellis, Oak Ridge, Tennessee, Guardian Ad Litem.

**MEMORANDUM OPINION**[1]

Upon review of the record for this appeal, the Court directed the appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because the order denying the petition to terminate the appellant's rights to his minor children was not adverse to the appellant. <u>See</u> <u>Benson v. Herbst</u>, 240 S.W.3d 235, 239 (Tenn. Ct. App. 2007) (holding that the lack of a judgment "adverse" to the party appealing said judgment deprives the appellate court of jurisdiction to entertain the appeal). Counsel for the appellant has filed no response to the show cause order.

Because we have no jurisdiction to hear an appeal from an order that is not adverse to the appellant, this appeal is dismissed. Costs on appeal are taxed to the appellant, Willie G., for which execution may issue if necessary.

**PER CURIAM**

---

[1]Rule 10 of the Rules of the Court of Appeals provides as follows:

> This Court, with the concurrence of all judges participating in the case, may affirm, reverse or modify the actions of the trial court by memorandum opinion when a formal opinion would have no precedential value. When a case is decided by memorandum opinion it shall be designated "MEMORANDUM OPINION," shall not be published, and shall not be cited or relied on for any reason in any unrelated case.